1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   MARCUS B. SMITH, ESQ., Bar # 12098
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email: rgrandgenett@littler.com
   Email: mbsmith@littler.com

Attorneys for Defendant
BARCLAYS SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA D. ALONGI, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>BARCLAYS GROUP, INC. (USA), a Delaware Corporation, BARCLAYS GROUP US, INC., a Delaware Corporation; GUCKENHEIMER SERVICES, LLC d/b/a BARCLAYS, a Delaware limited liability company; and ROE DEFENDANTS 1-10, all of whose true names are unknown, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-01388-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff ANDREA D. ALONGI ("Plaintiff") and Defendant BARCLAYS SERVICES LLC ("Defendant"), improperly named as BARCLAYS GROUP, INC. (USA) and BARCLAYS GROUP US, INC., by and through their respective counsel, do hereby stipulate and agree to a 30-day extension of the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint. Accordingly, the current deadline of September 17, 2019 shall be extended up to and including October 17, 2019. This is the first request for an extension to extend the deadline to respond to the Complaint.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The extension is necessary as counsel for Defendant has just been retained and needs additional time to investigate the allegations made in the Complaint and to formulate its response. This Stipulation is made in good faith and not for purposes of delay.

Dated: September 17, 2019

BRADSHAW LAW GROUP, LLC

By: /s/ April Bradshaw
    APRIL BRADSHAW, ESQ.

Attorneys for Plaintiff
ANDREA ALONGI

Dated: September 17, 2019

LITTLER MENDELSON, P.C.

By: /s/ Marcus B. Smith
    ROGER L. GRANDGENETT II, ESQ.
    MARCUS B. SMITH, ESQ.,

Attorneys for Defendant
BARCLAYS SERVICES LLC

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATED: September 18, 2019

4837-0710-2371.1 067242.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800