# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDREA D. ALONGI,

    Plaintiff(s),

v.

BARCLAYS SERVICES, LLC,

    Defendant(s).

Case No.: 2:19-cv-01388-RFB-NJK

**Order**

[Docket No. 17]

Plaintiff filed a notice of Rule 26(f) conference. Docket No. 17. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1