ROGER L. GRANDGENETT II, ESQ., Bar # 6323
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email:          rgrandgenett@littler.com
                    kbranson@littler.com

Attorneys for Defendant
BARCLAYS SERVICES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA D. ALONGI, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BARCLAYS SERVICES LLC, a Delaware limited liability company; and ROE DEFENDANTS 1-10, all of whose true names are unknown, INCLUSIVE,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-01388-RFB-NJK<br><br>**STIPULATION AND ORDER TO VACATE CONTINUED EARLY NEUTRAL EVALUATION SESSION** |

Defendant BARCLAYS SERVICES LLC ("Defendant") and ANDREA D. ALONGI ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to VACATE the pending continued Early Neutral Evaluation session, scheduled before Magistrate Judge Brenda Weksler on June 19, 2020 (ECF No. 33), in light of the fact that the parties have reached an impasse on their respective legal and factual positions, which they do not believe can be resolved or otherwise compromised for purposes of a formal Early Neutral Evaluation session worthy of this Court's time and the parties' respective resources.  If during discovery or at some later point in litigation, the parties believe a continuation of the ENE would be beneficial, they will petition the Court for one.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request to vacate the continued ENE. The parties make this request in good faith and not for the purpose of delay.

Dated: June 15, 2020

Respectfully submitted,

*/s/ April R. Bradshaw, Esq.*
APRIL R. BRADSHAW, ESQ.
BRADSHAW LAW GROUP

Attorney for Plaintiff
ANDREA D. ALONGI

Dated: June 15, 2020

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
ROGER L. GRANDGENETT, II, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
BARCLAYS SERVICES LLC

IT IS SO ORDERED

DATED: 10:17 am, June 16, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2.